931 F.2d 50
 Goodwin (Barclay R., Jr.), Cellular Logic, Inc., Cell
Cal-II, Cellucall, Inc., GBBV Investment Co., Laurmann
(Giselle V.), Morelli (Robert), Neoteric Communications
Group, Ramcell, Inc. R.H. Associates, Tricel Group, U.S.
Cellular, Inc., Port Services Co., Capper (Emmett M.),
Jordan (Robert Bruce), Russell (Owen C.), B & L Cellular,
Suggs (Gordon), U.S. Cellular
v.
Celutel, Inc., Scarpa (Frank S.), McCaw Cellular
Communications, Inc., Vanguard Cellullar Serv.
 NO. 90-1701
 United States Court of Appeals,
Third Circuit.
 MAR 15, 1991
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.